1  GEOFFREY A. HANSEN,
   Acting Federal Public Defender
2  MANUEL U. ARAUJO,
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant TULUD

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10

11 UNITED STATES OF AMERICA,         )   No. CR -12-00408 - DLJ (PSG)
                                     )
12              Plaintiff,            )
                                     )   **STIPULATION TO CONTINUE**
13         v.                         )   **STATUS HEARING TO MARCH 7,**
                                     )   **2013; [] ORDER**
14 MELQUIADEZ TULUD,                 )
                                     )
15              Defendant.            )   HONORABLE D. LOWELL JENSEN
                                     )
16

17
                              **STIPULATION**
18

19      Defendant and the government, through their respective counsel, subject to the court's

20 approval, hereby stipulate that the Court continue the status hearing in the above-captioned

21 matter, presently scheduled for February 14, 2013, at 9:00 a.m., to March 7, 2013, at 9:00 a.m.

22 The reason for the stipulation is as follows.  The government has provided discovery and the

23 defense has reviewed it.  The discovery includes a number of spread sheets regarding the loss

24 amount.  The parties have engaged in discussions regarding a settlement of the matter, and have

25 reached a tentative agreement which needs to proceed along the United States Attorney's

26 approval process.  Defense counsel will need to review and discuss the anticipated plea

Stipulation to Continue Status Hearing;
[] Order
No. CR-12-00408 - DLJ (PSG)              1

1 agreement and its terms once the government makes its final plea offer.  It is anticipated that an

2 additional three weeks will be necessary to complete the process and/or complete any additional

3 investigation.  Mr. Tulud lives in Kern County, and he must travel by public transportation.

4       The parties further agree and stipulate that time should be excluded from and including

5 February 14, 2013, through and including March 7, 2013, to provide counsel reasonable time to

6 prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).  Accordingly, the

7 United States and the defendant agree that granting the requested exclusion of time will serve the

8 interest of justice and outweigh the interest of the public and defendant in a speedy trial.

9 Dated: February 11, 2013

10                                             _____/s/_____
                                            MANUEL  ARAUJO,

11                                             Assistant Federal Public Defender

12

13 Dated: February 11, 2013

                                            _____/s/_____

14                                             MEREDITH J. EDWARDS,
                                            Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

**[] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter is continued from February 14, 2013, at 9:00 a.m., to March 7, 2013, at 9:00 a.m.  It is further ordered that the period of delay from February 14, 2013, through and including February 11, 2013, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Dated:_____

_____
HONORABLE D. LOWELL JENSEN,
United States District Judge

Stipulation to Continue Status Hearing;
[ Order
No. CR-12-00408 - DLJ (PSG)                3